UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>JAMES HARVEY MASON,<br>    Defendant,<br><br>v.<br><br>THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME,<br>    Relief Defendants. | Civil Action No. |

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

By Order of the United States District Court for the Western District of North Carolina, filed on November 6, 2014, the undersigned Joseph W. Grier, III, of Grier Furr & Crisp, PA (the "Receiver"), was reappointed as receiver for, and over the estate for, James Harvey Mason as Defendant and The JHM Forex Only Pool (f/k/a The JHM Forex Only Pool, LP) and Forex Trading At Home as Relief Defendants (collectively, the "Defendants"), as well as for the assets of any of Defendants' affiliates or subsidiaries.

Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of:

    A.    the U.S. Commodity Futures Trading Commission's complaint against the Defendants in the above-captioned action, attached hereto as Exhibit A;

    B.    the Order entered on November 6, 2014 in the above-captioned action reappointing the Receiver, attached hereto as Exhibit B; and

C.  the Order of Preliminary Injunction entered on May 22, 2013 in the above-captioned action, attached hereto as Exhibit C.

Respectfully submitted, this 14th day of November, 2014.

U.S. COMMODITY FUTURES TRADING COMMISSION

By its attorneys,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Paul W. Carey, BBO #566865
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502

Dated: November 14, 2014

and

/s/ Joseph W. Grier, III
Joseph W. Grier, III, NC State Bar No. 7764
Michael L. Martinez, NC State Bar No. 39885
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
704/375.3720 Telephone
704/332.0215 Fax
jgrier@grierlaw.com

Dated: November 14, 2014